IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>JERWAHN ATKINS<br>JERQUAY ATKINS<br>JAMIR ATKINS<br>HALISTON FITZMORRIS ESTE<br>JASMINE RENEE GREENLEE | Magistrate No. 20-1676<br><br>**[UNDER SEAL]** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

### INTRODUCTION

I, Maurice Ferentino, being first duly sworn, hereby depose and state as follows:

1. I am a Senior Special Agent with the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Philadelphia Field Division, Pittsburgh Field Office having been so since 1998. As such, your affiant is authorized to investigate violations of Title 18 United States Code, and related provisions.

2. This affidavit is submitted for the limited purpose of establishing probable cause. Accordingly, it does not include every fact known to me in connection with this investigation. For the reasons set forth below, there is probable cause to believe that, from on or about May 30, 2020 through on or about May 31, 2020, JERWAHN ATKINS, JERQUAY ATKINS, JAMIR ATKINS, JASMINE RENEE GREENLEE, and HALISTON FITZMORRIS ESTE, in the Western District of Pennsylvania, conspired to steal or unlawfully take from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms any firearm in the licensee's business inventory that has been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(u) and 371.

## BACKGROUND

3. The following allegations are based upon your affiant's personal observations, training and experience along with information obtained from other agents, law enforcement personnel, and witnesses. Descriptions of the burglaries and burglary suspects below are drawn from witness accounts, police reports, and video surveillance obtained from the victim businesses and other locations.

4. The United States of America, through ATF, is investigating two (2) attempted burglaries that occurred on May 30, 2020, at Allegheny Arms & Gun Works, located at 4603 Library Road, Bethel Park, PA 15102, and National Armory, located at 1300 Broadhead Road, Moon Township, PA 15108, both of which are Federal Firearm Licensees (FFLs) located in the Western District of Pennsylvania. Each FFL sells firearms manufactured outside the Commonwealth of Pennsylvania, and they are therefore businesses that affect interstate commerce. Information obtained in pursuit of the investigation indicate these FFL burglaries were committed in close temporal proximity with burglaries of several cellular telephone retail stores. Your Affiant believes that all of the burglaries, and the witness statements surrounding them, are necessary for this affidavit in order to identify the above captioned defendants.

## PROBABLE CAUSE

5. On June 1, 2020, ATF was alerted to two (2) overnight FFL burglaries occurring at Allegheny Arms, address: 4603 Library Road, Bethel Park, PA 15102, and National Armory, address: 1300 Broadhead Road, Moon Township, PA 15108. Preliminary information indicated no firearms or ammunition were removed from either FFL. ATF further learned the FFL burglaries were directly related to numerous other commercial burglaries in various municipalities throughout Allegheny County and two (2) suspect vehicles were identified.

6.     On Saturday, May 30, 2020, at 11:13 pm, officers from the Bethel Park Police responded to a security alarm at Allegheny Arms.  The actors were thwarted by the audible alarm when they attempted to compromise the back door.  Preliminary reports indicate no inventory was taken.

7.     On Sunday, May 31, 2020 at 1:27 am, Moon Township Police responded to a burglary at National Armory. Investigators reviewed the surveillance video and observed four (4) actors in a silver sedan flee the scene minutes before responding officers arrived.

8.     On Sunday, May 31, 2020, at 2:13 am, Verizon Wireless located at 1600 Washington Road, Mount Lebanon, PA 15228, was burglarized. Officers observed a smashed window on the Gilkenson Road side of the store. An itemized inventory provided by Verizon management indicated there was merchandise stolen.

9.     On Sunday, May 31, 2020, at 2:30 am, Greentree Police Officers were on patrol when they heard glass break in a shopping plaza behind the police station.  As they pulled their marked units into the front parking lot of the Verizon Wireless store located at 970 Greentree Road they observed a black male inside of the store.  Upon seeing the police units, the suspect jumped out of a broken window on the northern side of the building, ran to the rear of the building and entered a newer-model four (4) door silver sedan. The silver sedan pulled out of the lot onto West Manilla and officers activated their emergency lights and sirens and initiated a vehicle pursuit. The pursuit continued through Greentree as additional units from surrounding municipalities responded to assist.  Officers lost sight of the vehicle on Glencoe Street and a further search was negative. An itemized inventory provided by Verizon management indicated there was merchandise stolen.

10.    After a comprehensive review of numerous security cameras obtained from these business locations, including the two (2) FFLs, law enforcement determined that the suspect

vehicles in the burglaries were a silver 2020 Chevrolet Malibu, bearing Florida Registration EVKN88, and a white Oldsmobile Intrigue, bearing Pennsylvania Registration LDR6053. Subsequently, a "BOLO" was issued for each vehicle, and law enforcement conducted separate traffic stops of each vehicle.

11. On June 1, 2020, the driver of the Oldsmobile, hereinafter referred to as "AA," consented to a search of the vehicle. The following items were discovered: one (1) box of extra-large Pro-Safe blue nitrile disposable gloves in the trunk; one (1) box of Stanley 5" diagonal cutting pliers from the trunk; one (1) blue rubber glove with green stains, located in the back seat passenger floorboard; and one (1) black face mask in the driver's side door.

12. AA also agreed to speak with your Affiant, ATF Special Agent Albert Maloney, and ACPD Detective Michael Vano. Driver #1 stated that he or she lent the Oldsmobile to Jerwahn Atkins, Jerquay Atkins, and Jamir Atkins. According to AA, he or she lent them the vehicle on May 29, 2020, and the vehicle was returned on June 1, 2020.

13. During the interview, AA also reviewed surveillance footage of the parking lot of Allegheny Arms from May 30, 2020. In the footage, at approximately 10:52pm, which is approximately 21 minutes prior to the alarm's activation, a Chevrolet Malibu and an Oldsmobile are seen pulling into a parking lot near Allegheny Arms. Occupants of both vehicles are seen conversing while the driver and passenger of the Oldsmobile are observed putting on blue latex gloves. Upon viewing the footage, and without prompting, AA identified Jerquay Atkins and Jamir Atkins. Subsequently, your Affiant and other agents provided AA with still images of the Verizon security camera footage. AA identified, without prompting, Jerwahn Atkins.

14. On June 1, 2020, Jasmine Renee Greenlee, was stopped pursuant to the BOLO while driving her Malibu. Following a waiver of her *Miranda Rights*, Greenlee informed you

Affiant and ACPD Detective Daniel Mayer that she, Jerquay Atkins, Jamir Atkins, Jerwahn Atkins, and Haliston Fitzmorris Este took part in numerous burglaries in the Pittsburgh Metropolitan area. According to Greenlee, a crowbar was used to gain entry to the businesses and Jamir Atkins brought the crowbar the evening of the burglaries. Greenlee further stated that, upon arriving at Allegheny Arms, she remained in the vehicle as the other occupants (the three Atkins and Este) approached Allegheny Arms. According to Greenlee, the occupants returned to her vehicle after causing the Allegheny Arms' alarm to sound. According to Greenlee, one of the occupants of her vehicle searched for "gun stores" on a cellular telephone and located National Armory. Following Allegheny Arms, Greenlee stated that she drove the three Atkins and Este to National Armory.

15. On July 21, 2020, your Affiant and ACPD Detective Daniel Mayer interviewed Este. According to Este, he participated in several burglaries with the three Atkins. Este provided that a crowbar was used in an attempt to gain entry to Allegheny Arms. However, the individuals left Allegheny Arms without taking any of the inventory due to becoming "spooked." Subsequently, Este described that he, Jerquay Atkins, and Jerwahn Atkins were involved in a burglary at National Armory; Greenelee served as the driver. Prior to arriving at National Armory, Jamir Atkins drove the Oldsmobile elsewhere. According to Este, efforts to gain entry into National Armory caused an audible security alarm, and the individuals left without taking anything.

## CONCLUSION

16. Based on the information above, your affiant submits that there is probable cause to believe that, from on or about May 30, 2020 through on or about May 31, 2020, JERWAHN ATKINS, JERQUAY ATKINS, JAMIR ATKINS, JASMINE RENEE GREENLEE, and

5

HALISTON FITZMORRIS ESTE, in the Western District of Pennsylvania, conspired to steal or unlawfully take from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms any firearm in the licensee's business inventory that has been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(u) and 371.

The above information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

*/s/ Maurice Ferentino*
MAURICE FERENTINO
ATF Senior Special Agent

Sworn and subscribed before me, by telephone
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A)
this 17th day of August, 2020.

_____
HONORABLE MAUREEN P. KELLY
United States Magistrate Judge